IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY J. BONOMO, and | : | |
| MARY ELLEN BONOMO, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| NOVA FINANCIAL HOLDINGS, INC., | : | |
| | : | NO. 11-4762 |
| Defendant. | : | |

## O R D E R

AND NOW, this 14th day of June, 2012, upon consideration of Defendant NOVA Financial Holdings, Inc.'s Motion to Dismiss (Doc. No. 11), and Plaintiffs Anthony J. Bonomo and Mary Ellen Bonomo's response thereto (Doc. No. 12), as well as the representations of counsel at oral argument, it is hereby ORDERED that the Motion is GRANTED WITHOUT PREJUDICE to Plaintiffs to file an amended complaint for the reasons discussed in the accompanying Memorandum. If Plaintiffs wish to avail themselves of the leave to file an amended complaint, they must do so within thirty (30) days of the date of this Order. If no amended complaint is filed within that time period, the Court will mark this case as closed for statistical purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
United States District Judge