IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY J. BONOMO, and | : | |
| MARY ELLEN BONOMO, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| NOVA FINANCIAL HOLDINGS, INC., | : | NO. 11-4762 |
| Defendant. | : | |

**O R D E R**

AND NOW, this 21st day of October, 2013, upon receipt of correspondence from Plaintiffs' counsel dated October 21, 2013 requesting a continuance of the October 22, 2013 status conference and noting Defendant Nova Financial Holding's bankruptcy status,[1] it is hereby ORDERED that this action is STAYED. It is further ORDERED that:

1. The case shall be transferred to the Civil Suspense File;

2. The Clerk of the Court shall mark this case CLOSED for statistical purposes;

3. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket when the action is in a status so that it may proceed to final disposition as to *all* parties;

4. The parties shall advise the Court of any changes in the status of the case;

5. This entry of this Order shall not prejudice the rights of the parties to this litigation; and

---

[1] Although the claims against the FDIC as receiver for Nova Bank may be able to proceed, as Plaintiffs' counsel's correspondence makes clear, Defendant Nova Financial Holdings are still in bankruptcy. Moreover, Plaintiffs even note that they "*intend to seek* stay relief and recovery against Nova Financial's insurance policy" (emphasis added), which leads to the obvious conclusion that the bankruptcy stay as to Nova Financial Holdings is still in place with respect to the Bonomos claims. Until the action may proceed as to all parties, the Court will keep this matter in suspense.

6.The status conference scheduled for October 22, 2013 is CANCELLED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
United States District Judge