IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY J. BONOMO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NOVA FINANCIAL HOLDINGS, INC., | : | |
| ET AL | : | NO. 11-4762 |

O R D E R

**AND NOW, TO WIT:** This 18th day of October, 2016, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

LUCY V. CHIN, Interim Clerk of Court

**BY:**   S/Rose A. Barber
Deputy Clerk
Rose A. Barber
267-299-7352

Copies sent by ECF to:
Morton R. Branzburg
Michael S. Hino
Gay Barlow Parks Rainville
Frank A. Mayer
Ernest Edward Badway

Copy sent by mail to:
Deirdre Erin McInerney